IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-12918-amc |
| MICHAEL C. JONES and RASHIDA M. SMITH, | Chapter 13 |
| Debtors, | Related to Document No. 23 |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| MICHAEL C. JONES<br>RASHIDA M. SMITH and<br>WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 23, and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the motion were to be filed and served no later than July 28, 2017.

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 31, 2017

Respectfully submitted,

By: /s/ Allison L. Carr
Allison L. Carr, Esq.
PA I.D. # 203815
acarr@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8120
Fax - (412) 456-8135

Counsel for Consumer Portfolio Services