IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-12918-amc |
| MICHAEL C. JONES and RASHIDA M. SMITH, | Chapter 13 |
| Debtors, | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| MICHAEL C. JONES<br>RASHIDA M. SMITH and<br>WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 15th day of August, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2011 Cadillac CTS Sedan 4D Luxury 3.0L V6 VIN 1G6DE5EY6B0151350; and,

b. Debtors shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge