United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael C. Jones  
Rashida M. Smith  
      Debtors

Case No. 17-12918-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 15, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.  
db/jdb         +Michael C. Jones,   Rashida M. Smith,   7024 Georgian Road,   Philadelphia, PA 19138-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:  
         ALLISON L. CARR     on behalf of Creditor     Consumer Portfolio Services, Inc. acarr@bernsteinlaw.com  
         CELINE P. DERKRIKORIAN     on behalf of Creditor     Flagstar Bank FSB ecfmail@mwc-law.com  
         DAVID M. OFFEN     on behalf of Debtor Michael C. Jones dmo160west@gmail.com, davidoffenecf@gmail.com  
         DAVID M. OFFEN     on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com, davidoffenecf@gmail.com  
         REBECCA ANN SOLARZ     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                    TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 17-12918-amc |
|---|---|
| MICHAEL C. JONES and RASHIDA M. SMITH, | Chapter 13 |
| Debtors, | |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| MICHAEL C. JONES<br>RASHIDA M. SMITH and<br>WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 15th day of August, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2011 Cadillac CTS Sedan 4D Luxury 3.0L V6 VIN 1G6DE5EY6B0151350; and,

b. Debtors shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge