United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael C. Jones  
Rashida M. Smith  
        Debtors

Case No. 17-12918-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 30, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.  
db/jdb     +Michael C. Jones,    Rashida M. Smith,    7024 Georgian Road,    Philadelphia, PA 19138-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:

      ALLISON L. CARR     on behalf of Creditor     Consumer Portfolio Services, Inc. acarr@bernsteinlaw.com  
      CELINE P. DERKRIKORIAN     on behalf of Creditor     Flagstar Bank FSB ecfmail@mwc-law.com  
      DAVID M. OFFEN     on behalf of Debtor Michael C. Jones dmo160west@gmail.com, davidoffenecf@gmail.com  
      DAVID M. OFFEN     on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com, davidoffenecf@gmail.com  
      JEROME B. BLANK     on behalf of Creditor     Wilmington Trust, National Association, Not In Its Individual et al. paeb@fedphe.com  
      JOSEPH ANGEO DESSOYE     on behalf of Creditor     Wilmington Trust, National Association, Not In Its Individual et al. paeb@fedphe.com  
      Lois M. Vitti     on behalf of Creditor     Freedom Mortgage Corporation loismvitti@vittilaw.com  
      REBECCA ANN SOLARZ     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com

                                                                     TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael C. Jones<br>         Rashida M. Smith aka Rashida M. Smith-Jones<br>                                          Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC<br>                              Movant<br>             vs. | NO. 17-12918-amc |
| Michael C. Jones<br>Rashida M. Smith aka Rashida M. Smith-Jones<br>                                          Debtors | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>                              Trustee | |

## ORDER

AND NOW, this         day of                    , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7952 Temple Road, Philadelphia, PA 19150 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: August 30, 2017**

_____
United States Bankruptcy Judge.