IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: | |
| MICHAEL C. JONES | BK. No. 17-12918 AMC |
| RASHIDA M. SMITH : | |
| A/K/A RASHIDA M. SMITH-JONES : | Chapter No. 13 |
| Debtors : | |
| : | |
| WILMINGTON TRUST, NATIONAL : | |
| ASSOCIATION, NOT IN ITS INDIVIDUAL : | |
| CAPACITY, BUT SOLELY AS TRUSTEE FOR : | 11 U.S.C. §362 |
| MFRA TRUST 2014-1 : | |
| Movant : | |
| v. : | |
| MICHAEL C. JONES : | |
| RASHIDA M. SMITH : | |
| A/K/A RASHIDA M. SMITH-JONES | |
| Respondents | |

ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 12th day of September, 2017, at **PHILADELPHIA**, upon Motion of **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **1857 E ORLEANS STREET, PHILADELPHIA, PA 19134**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-1** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

DAVID M. OFFEN
The Curtis Center
601 Walnut Street Suite 160 West
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

MIKE JONES
1857 E ORLEANS STREET
PHILADELPHIA, PA 19134

RASHIDA M. SMITH
1857 E ORLEANS STREET
PHILADELPHIA, PA 19134

MIKE JONES
7024 Georgian Road
Philadelphia, PA 19138

RASHIDA M. SMITH
7024 Georgian Road
Philadelphia, PA 19138