United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12918-amc
Michael C. Jones                                                          Chapter 13
Rashida M. Smith
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jun 06, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
db/jdb         +Michael C. Jones,    Rashida M. Smith,    7024 Georgian Road,    Philadelphia, PA 19138-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    Consumer Portfolio Services, Inc. acarr@bernsteinlaw.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Flagstar Bank FSB ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Michael C. Jones dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Trust, National Association, Not In Its
               Individual et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Trust, National Association, Not In Its
               Individual et al. paeb@fedphe.com
              Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
               nicole@vittilaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 10

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Michael C. Jones    )    Chapter 13
         Rashida M. Smith    )
                            )    17-12918-AMC
         Debtors            )
                            )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,500.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

**June 6, 2018**
DATED:                          HONORABLE ASHELY M. CHAN
                                UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire