United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-12918-amc
Michael C. Jones                                                Chapter 13
Rashida M. Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1         Date Rcvd: Oct 02, 2018
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13921804       E-mail/Text: ally@ebn.phinsolutions.com Oct 03 2018 02:06:04      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    Consumer Portfolio Services, Inc. acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Flagstar Bank FSB ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Michael C. Jones dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Trust, National Association, Not In Its
               Individual et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Trust, National Association, Not In Its
               Individual et al. paeb@fedphe.com
              Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
               nicole@vittilaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12918-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael C. Jones<br>7024 Georgian Road<br>Philadelphia PA 19138 | Rashida M. Smith<br>7024 Georgian Road<br>Philadelphia PA 19138 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/01/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ally Financial, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/04/18

Tim McGrath
**CLERK OF THE COURT**