UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

October 9, 2020

To: **Thomas Song, Esq.**
**1617 JKF Boulevard, Suite 1400**
**One Penn Center Plaza**
**Philadelphia, PA 19103**

                In re:Michael C. Jones; Rashida M. Smith, aka
                Rashida M. Smith-Jones
                Bankruptcy No. 17-12918 ELF
                Adversary No.
                Chapter 13

    Re <u>Motion of Freedom Mortgage Corp for Relief from Stay</u>

The above document(s) were filed in this office on 10/9/2020 **.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )        Voluntary Petition
        ( )        Adversary Proceeding
        ( )        $31.00 Filing Fee for Amendments
        ( )        $25.00 Claims Transfer Fee
        (X)        Motion Filing Fee $181.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                              Timothy B. McGrath
                              Clerk


                              By:Virginia S. De Buvitz
                                Deputy Clerk

*Fee Notice*

*(11/26/18)*