**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **MICHAEL C. JONES** | **BK. No. 17-12918-elf** |
| **RASHIDA M. SMITH** | |
| **A/K/A RASHIDA M. SMITH-JONES** | **Chapter No. 13** |
|     **Debtors** | |
| | |
| **FREEDOM MORTGAGE CORPORATION** | |
|     **Movant** | |
|     **v.** | |
| **MICHAEL C. JONES** | **11 U.S.C. §362** |
| **RASHIDA M. SMITH** | |
| **A/K/A RASHIDA M. SMITH-JONES** | |
|     **Respondents** | |

**CERTIFICATION OF NO ANSWER TO FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

The undersigned hereby certifies that, as of October 30, 2020, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Automatic Stay Under §362 Pursuant to Bankruptcy Procedure Rule 4001.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Automatic Stay Under §362 Pursuant to Bankruptcy Procedure Rule 4001. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before October 22, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 23, 2020  Respectfully submitted,

Brock & Scott, PLLC

/s/ *Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
610 Old York Road, Ste 200
Jenkintown, PA 19046
Phone Number: 844-856-6646 Ext 3017
Fax Number: 704-369-0760
Email: PABKR@brockandscott.com