**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| **MICHAEL C. JONES** | : | **BK. No. 17-12918-elf** |
| **RASHIDA M. SMITH** | : | |
| **A/K/A RASHIDA M. SMITH- JONES** | : | **Chapter No. 13** |
| Debtors | : | |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| Movant | : | |
| v. | : | **11 U.S.C. §362** |
| **MICHAEL C. JONES** | : | |
| **RASHIDA M. SMITH** | : | |
| **A/K/A RASHIDA M. SMITH- JONES** | : | |
| Respondents | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 3rd day of November, 2020, at **PHILADELPHIA**, upon Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7024 GEORGIAN RD, PHILADELPHIA, PA 19138-2117 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **FREEDOM MORTGAGE CORPORATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**