# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12918-ELF

MICHAEL C. JONES
RASHIDA M. SMITH
7024 GEORGIAN ROAD

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL C. JONES
    RASHIDA M. SMITH
    7024 GEORGIAN ROAD

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                              /S/ William C. Miller

Date: 2/1/2021                               _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee