IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| **Michael C. Jones and** | : | **No. 17-12918-ELF** |
| **Rashida M. Smith** | : | |
| Debtors | : | |

### CERTIFICATION OF NO RESPONSE TO
### <u>MOTION TO MODIFY PLAN</u>

    I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: 11/24/2021

/s/  David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600