United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12918-elf |
| Michael C. Jones | Chapter 13 |
| Rashida M. Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Jones, Rashida M. Smith, 7024 Georgian Road, Philadelphia, PA 19138-2117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022             Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLISON L. CARR | on behalf of Creditor Consumer Portfolio Services  Inc. acarr@tuckerlaw.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Flagstar Bank FSB ecfmail@mwc-law.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Michael C. Jones dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Wilmington Trust National Association, Not In Its Individual et al. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Wilmington Trust National Association, Not In Its Individual et al. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

Case 17-12918-elf    Doc 110    Filed 02/03/22    Entered 02/04/22 00:34:40    Desc
Imaged Certificate of Notice    Page 2 of 3

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Feb 01, 2022    Form ID: pdf900    Total Noticed: 1

JEROME B. BLANK
JOSEPH ANGEO DESSOYE
KENNETH E. WEST
Lois M. Vitti
REBECCA ANN SOLARZ
REBECCA ANN SOLARZ
THOMAS SONG
United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    MICHAEL C. JONES | : | |
|    RASHIDA M. SMITH, | : | |
|         Debtors | : | Bky. No. 17-12918 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #104) is **APPROVED**.

Date: February 1, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**