IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Michael C. Jones and | : |  |
| Rashida M. Smith | : | NO. 17-12918-ELF |
| Debtors | : |  |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the  Application for Approval of Supplemental Counsel Fees submitted by David M. Offen, Attorney for the Debtors and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 are allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

11/3/22
_____
DATED

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE