```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:                  :    CHAPTER 13
                            :
  Michael C. Jones and      :    No. 17-12918-ELF
  Rashida M. Smith          :
```

### NOTICE OF HEARING TO CONSIDER OBJECTION
### TO PROOF OF CLAIM  NO.  11-1 and CLAIM NO. 11-2

The Debtors have filed an objection to the proof of claim you filed in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney if you have one.

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection scheduled to be held before the Honorable Eric L. Frank on **February 14, 2023** at **1:00 P.M.** in Courtroom **#1**, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.  If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to the Claim.


Dated: January 9, 2023

                                      <u>/s/ David M. Offen, Esq.</u>
                                      Suite 160 West, Curtis Center
                                      601 Walnut Street
                                      Philadelphia, PA 19106
                                      215-625-9600