```
        IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                  :    CHAPTER 13
                             :
  Michael C. Jones and       :    No. 17-12918-ELF
  Rashida M. Smith           :
```

# **O R D E R**

AND NOW, this **14th day of February 2023**, upon consideration of the Debtor's Objection to the proof of claim filed by Navient Solutions, LLC on behalf of Department of Education Loan Services, Claim No. 11-1, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **OVERRULED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**