United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 17-12918-elf

Michael C. Jones    Chapter 13

Rashida M. Smith

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Feb 22, 2023    Form ID: 138OBJ    Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Jones, Rashida M. Smith, 7024 Georgian Road, Philadelphia, PA 19138-2117 |
| 13907531 | | Abington Memorial Hospital - Patient Pay, P.O. Box 826580, Philadelphia, PA 19182-6580 |
| 13907536 | | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 13907542 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13907546 | + | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14558024 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14502824 | | Freedom Mortgage Corporation, c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia PA 19103 |
| 13907549 | + | Fstconcrd, 17000 Dallas Parkway, Dallas, TX 75248-1938 |
| 13907553 | + | Merck Sharpe & Dohme F, 335 W Butler Ave, Chalfont, PA 18914-2329 |
| 13966653 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13907558 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13907556 | | Pa. SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14002859 | | Santander Consumer USA Inc., Servicer for Mid America Bank and Trust, P.O. Box 650760, Dallas, TX 75265-0760 |
| 13907563 | + | Scott M Rothman, Esq., 1100 E. Hector Street, Suite 425, Conshohocken, PA 19428-2353 |
| 13982523 | + | Wilmington Trust, National Association,, Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 23 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13930825 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2023 00:25:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 13907537 | | Email/Text: collectors@arresourcesinc.com | Feb 23 2023 00:25:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13907532 | + | Email/Text: bankruptcy@rentacenter.com | Feb 23 2023 00:25:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 13907533 | + | Email/Text: bankruptcy@rentacenter.com | Feb 23 2023 00:25:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 13921804 | | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2023 00:25:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13907534 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2023 00:25:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |

Case 17-12918-elf    Doc 126    Filed 02/24/23    Entered 02/25/23 00:37:36    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 13912897 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2023 00:25:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13907535 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2023 00:25:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 13963015 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 00:31:03 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13907539 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2023 00:25:00 | Bank of America, NA, 400 National Way, Simi Valley, CA 93065-6414 |
| 13990893 | + | Email/Text: megan.harper@phila.gov | Feb 23 2023 00:25:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13938324 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 23 2023 00:25:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13907540 | | Email/Text: ebn@carepayment.com | Feb 23 2023 00:25:00 | CarePayment, P.O. Box 2398, Omaha, NE 68103-2398 |
| 13907543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2023 00:25:00 | Comenity Bank/New York & Co, Po Box 182125, Columbus, OH 43218-2125 |
| 13907544 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 23 2023 00:25:00 | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 13907545 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 23 2023 00:30:55 | Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 13907546 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 23 2023 00:31:01 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13907547 | | Email/Text: ECF@fayservicing.com | Feb 23 2023 00:25:00 | Fay Servicing Llc, 939 W North Ave, Chicago, IL 60642 |
| 13982077 | + | Email/Text: csr@fccfinance.com | Feb 23 2023 00:25:00 | FCC Finance LLC as svcr for, Southwest Lenders Trust, LLC, P.O. Box 795489, Dallas, TX 75379-5489 |
| 13907548 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 23 2023 00:25:00 | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 13972505 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 23 2023 00:25:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14206919 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2023 00:25:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13907541 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 00:30:58 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 13907550 | ^ | MEBN | Feb 23 2023 00:20:03 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13907551 | | Email/Text: govtaudits@labcorp.com | Feb 23 2023 00:25:00 | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 13969793 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 00:30:58 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14290449 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 23 2023 00:25:00 | Freedom Mortgage Corporation, c/o Maria Tsagaris, Esq., 1544 Old Alabama Road, Roswell GA 30076 |
| 13907552 | + | Email/Text: bknotices@mbandw.com | Feb 23 2023 00:25:00 | Mccarthy Burgess & Wol, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 13978585 | | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 17-12918-elf    Doc 126    Filed 02/24/23    Entered 02/25/23 00:37:36    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 23 2023 00:25:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13907555 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2023 00:25:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13966653 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 23 2023 00:31:01 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13907559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2023 00:30:58 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13908431 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2023 00:31:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13907560 | | Email/Text: pasi_bankruptcy@chs.net | Feb 23 2023 00:25:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 13907557 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 23 2023 00:25:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13966905 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2023 00:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13907561 | | Email/Text: bk@revenuegroup.com | Feb 23 2023 00:25:00 | Revenue Group, PO Box 93983, Cleveland, OH 44101-5983 |
| 13907562 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 00:25:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 13907564 | + | Email/Text: bankruptcy@sw-credit.com | Feb 23 2023 00:25:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 13940655 | + | Email/Text: bncmail@w-legal.com | Feb 23 2023 00:25:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13907566 | + | Email/Text: bncmail@w-legal.com | Feb 23 2023 00:25:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 13951554 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2023 00:30:54 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13907567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2023 00:25:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 13907569 | | Email/Text: megan.harper@phila.gov | Feb 23 2023 00:25:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13913461 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 23 2023 00:25:00 | Wilmington Trust, National Association, C/O ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13907538 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13947955 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13907554 | *+ | Merck Sharpe & Dohme F, 335 W Butler Ave, Chalfont, PA 18914-2329 |
| 13907565 | *+ | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 13907568 | *+ | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 13907570 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 60

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

**Name** — **Email Address**

ALLISON L. CARR
on behalf of Creditor Consumer Portfolio Services Inc. acarr@tuckerlaw.com

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CELINE P. DERKRIKORIAN
on behalf of Creditor Flagstar Bank FSB ecfmail@mwc-law.com

DAVID M. OFFEN
on behalf of Debtor Michael C. Jones dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
on behalf of Creditor Wilmington Trust National Association, Not In Its Individual et al. jblank@pincuslaw.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor Wilmington Trust National Association, Not In Its Individual et al. paeb@fedphe.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

Lois M. Vitti
on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com

THOMAS SONG
on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael C. Jones and Rashida M. Smith

    Debtor(s)

Case No: 17−12918−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/22/23

125 − 124
Form 138OBJ