United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael C. Jones  
Rashida M. Smith  
    Debtors

Case No. 17-12918-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 17, 2023      Form ID: 3180W      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Jones, Rashida M. Smith, 7024 Georgian Road, Philadelphia, PA 19138-2117 |
| 13947955 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13907553 | + | Merck Sharpe & Dohme F, 335 W Butler Ave, Chalfont, PA 18914-2329 |
| 13966653 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14002859 | | Santander Consumer USA Inc., Servicer for Mid America Bank and Trust, P.O. Box 650760, Dallas, TX 75265-0760 |
| 13982523 | + | Wilmington Trust, National Association,, Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 18 2023 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13912897 | + | EDI: PHINAMERI.COM | Mar 18 2023 03:59:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13963015 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2023 00:11:33 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13990893 | + | Email/Text: megan.harper@phila.gov | Mar 17 2023 23:59:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13938324 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 17 2023 23:58:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13982077 | + | Email/Text: csr@fccfinance.com | Mar 17 2023 23:58:00 | FCC Finance LLC as svcr for, Southwest Lenders Trust, LLC, P.O. Box 795489, Dallas, TX 75379-5489 |
| 13972505 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 17 2023 23:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14206919 | | EDI: JEFFERSONCAP.COM | Mar 18 2023 03:59:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |

Case 17-12918-pmm   Doc 129   Filed 03/19/23   Entered 03/20/23 00:28:52   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| 13969793 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2023 00:11:33 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13978585 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2023 23:58:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13966653 | EDI: MAXMSAIDV | Mar 18 2023 03:59:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13966905 | EDI: Q3G.COM | Mar 18 2023 03:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13940655 | + Email/Text: bncmail@w-legal.com | Mar 17 2023 23:58:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13951554 | + EDI: AIS.COM | Mar 18 2023 03:59:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLISON L. CARR | on behalf of Creditor Consumer Portfolio Services  Inc. acarr@tuckerlaw.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Flagstar Bank FSB ecfmail@mwc-law.com |
| DAVID M. OFFEN | |

| | |
|---|---|
| | on behalf of Debtor Michael C. Jones dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Wilmington Trust National Association, Not In Its Individual et al. jblank@pincuslaw.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Wilmington Trust National Association, Not In Its Individual et al. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com nicole@vittilaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael C. Jones<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6618<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rashida M. Smith<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1966<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   17–12918–pmm

# Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Michael C. Jones                           Rashida M. Smith
                                                    aka Rashida M. Smith–Jones

   3/16/23                                        **By the court:** Patricia M. Mayer
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**