Aidvantage on behalf of The Department of Education.
PO BOX 300001
Greenville, TX  75403

# Aidvantage on behalf of The Department of Education

March 29, 2023

RE: Case No:  17-12918

Name:   RASHIDA M SMITH

Bankruptcy Court Clerk:

Please withdraw the Proof of Claim #12 for the above-named case, which was signed and sent to the court by Navient Solutions, LLC. on behalf of Department of Education Loan Services.  The Proof of Claim was filed in error.

Any Questions concerning this matter may be directed to 1-800-722-1300.

Sincerely,

/s/Jennifer Musial
Bankruptcy Analyst