United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12918-pmm |
| Michael C. Jones | Chapter 13 |
| Rashida M. Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Jones, Rashida M. Smith, 7024 Georgian Road, Philadelphia, PA 19138-2117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLISON L. CARR | on behalf of Creditor Consumer Portfolio Services  Inc. acarr@tuckerlaw.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Flagstar Bank FSB ecfmail@mwc-law.com |
| DAVID M. OFFEN | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 195 | Total Noticed: 1 |

on behalf of Joint Debtor Rashida M. Smith dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN

on behalf of Debtor Michael C. Jones dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK

on behalf of Creditor Wilmington Trust  National Association, Not In Its Individual et al. jblank@pincuslaw.com

JOSEPH ANGEO DESSOYE

on behalf of Creditor Wilmington Trust  National Association, Not In Its Individual et al. paeb@fedphe.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

Lois M. Vitti

on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com  nicole@vittilaw.com

MICHAEL PATRICK FARRINGTON

on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

THOMAS SONG

on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Michael C. Jones and Rashida M. Smith                  : Case No. 17−12918−pmm

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 23, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

135
Form 195